Keith OAKLEY, Plaintiff–Appellant,

v.

J. Michael STOUFFER; Bobby Sherarin, Warden, Defendants–Appellees.

No. 11–6894.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2011.

Decided: Nov. 23, 2011.

Keith Oakley, Appellant pro se. Stephanie Judith Lanes Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Oakley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Oakley v. Stouffer*, No. 8:10–cv–02118–AW, 2011

---

WL 2604690 (D. Md. June 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*